TODD BLANCHE
Attorney General of the United States of America
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 8264
MELINDA BREWER
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6336
Melinda.Brewer@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF A PEN REGISTER AND TRAP AND TRACE DEVICE | Case No. 2:26-mj-00557-NJK<br>**MOTION TO UNSEAL** |

The United States of America, by and through its attorneys, Todd Blanche, Attorney General of the United States, and Melinda Brewer, Assistant United States Attorney, herby moves this Court for an Order to unseal the above captioned cause numbers and all documents therein.

The legal process in these matters were issued and sealed at that time to protect the integrity of an ongoing investigation and arrest of Justin Dance, who was located and arrested on the warrant issued in cause number 2:26-cr-00146-GMN-BNW

The Government seeks to unseal the above captioned matters so that documents can be provided in discovery.

DATED this 3rd day of September 2026.

Respectfully submitted,
TODD BLANCHE
Attorney General of the United States

/s/ Melinda Brewer
MELINDA BREWER
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF A PEN REGISTER AND TRAP AND TRACE DEVICE | Case No. 2:26-mj-00557-NJK<br><br>**ORDER** |

Based on the Motion of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the instant case shall be unsealed.

DATED this 4th day of September 2026.

HONORABLE NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE